NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS CHRISTOPHER ELDER,　　　　　)
DOC # H45753,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　Case No. 2D17-4357
　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　　　　)
_____)

Opinion filed October 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; James A. Yancey, Judge.

Michael Sigman of Sigman, Sigman, Notari,
& Sigman, Orlando, for Appellant.

PER CURIAM.


　　　　　　　　Affirmed.


LaROSE, C.J., and CRENSHAW, and BADALAMENTI, JJ., Concur.